U.S. Department of Justice
Federal Bureau of Prisons

# Central Office Administrative Remedy Appeal

✂ Exhibit 1-A ✂

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: **Vansach, Joseph** — LAST NAME, FIRST, MIDDLE INITIAL
REG. NO.: **17041-424**
UNIT: **G01-138** (G-Unit Cell 138)
INSTITUTION: **AUSP Thomson**

**Part A - REASON FOR APPEAL**

On April 2nd, 2019, at between 6:10 p.m. and 6:40 p.m., I was in soft ambulatory restraints in Cell E01-101. C/O B. Mullins, C/O K. Maybury and Lt. D. Murton came to the cell door to do restraint check. Video surveillance will show C/O B. Mullins grabbed me from behind by the martin chain thru the food slot before they had the cell door opened, still holding the martin chain from behind my back. C/O B. Mullins and C/O K. Maybury walked me to the middle of the cell, facing me towards the bunkbed on the left hand side of the cell in E01-101. C/O B. Mullins was behind me slightly to my left still holding the martin chain. C/O K. Maybury was in front of me slightly to my left and Lt. Murton had his back to the facing the door. C/O K. Maybury started to use the keys that were in his right hand to allegedly tighten up the ambulatory restraints. As C/O K. Maybury placed the key in the restraints lock on my left wrist and turned it. C/O B. Mullins still holding the martin chain, drew back his closed fist and punched me in the left eye w/ his fist. Then C/O K. Maybury punched me twice in the mouth area as I stumbled back towards the toilet in the back right hand side corner of the cell and C/O B. Mullins and C/O K. Maybury continued to punch me in the head and face area until I fell to the floor. Using my feet against the toilet to push myself under the bed while Lt. Murton watched. Video surveillance will show I never defended myself (or) swung a punch at any of these officers as was stated in the incident report written by C/O B. Mullins April 2nd, 2019 at 8:00 p.m. for a 224 Minor Assault. Video surveillance will show in the hallway, on Echo-1 Unit, on Echo-2 Unit and in the Lieutenants office, this assault was pre-planned on me by staff just by the way they casually and slowly approach the situation. Needless... I am requesting Criminal Charges be filed against C/O B. Mullins, C/O K. Maybury and Lt. D. Murton for Aggravated Assault, Conspiracy to commit Aggravated Assault, Embezzlement and Fraud by these officers. I want to file a Civil Complaint against these officers and AUSP Thomson for condoning these assaults and assisting in the cover up of this [illegible] criminal behavior. I want all log books, documents and video surveillance of this issue preserved.

DATE: **November 22nd, 2019**
SIGNATURE OF REQUESTER: [signature]

**Part B - RESPONSE**

RECEIVED
DEC 02 2019
Administrative Remedy Section
Federal Bureau of Prisons

---

DATE _____
ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL
CASE NUMBER: **977276-A1**

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

DATE _____
SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
JUNE 2002