Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: **VANSACH, Joseph**  17041-424  Echo-1 Unit E01-134  AUSP Thomson
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A - REASON FOR APPEAL CASE MANAGER D.Dwyer Returned my responses from the Regional office on Friday September 20th, 2019 and said it was stamped Received Sept. 18th, 2019. This is case around discrimination, Retaliation, deliberate indifference and Assault with Harassment. On June 6th, 2019, at Approx. between 5:05p.m and 5:25p.m., C/o K.Maybury along with several other officers, Led by Lt.Erskine, Came to my Cell F01-140 to do a cell search. You can see on the institutional Video Camera's in front of Cell F01-140, when C/o K.Maybury took me out of the Cell, he instantly pulled on my left ear as he yanked my hearing aid out of my ear causing a form of pain and discomfort to my ear which has to do with one of my disabilities. This was a Criminal Assault and unprofessional Act violating my right to the Disability Act that was very Much uncalled for. But in this Aggravated Assault, I was helpless and defenseless with my hands in restraints behind my back and was done with deliberate indifference in retaliation for me Complaining about three other assaults that occured to me April 2nd and 3rd, 2019, that are pending in the North Central Regional office under 977276-R2, 977277-R2 and 977280-R2. Look at the Video surveillence on F-1 Unit in front of Cell F01-140 between approx. 5:05p.m. and 5:25 pm, it will show C/o K.Maybury pulled my ear while yanking my hearing aid out my ear, June 6th 2019. Remedies: I would like F.B.I. Agent C.Awender Contacted and Notified about this recent Action and Assault against me with deliberate indifference by C/o K.Maybury which was a Criminal Assault in Violation of the disability Act in Retaliation for me complaining about the other three assaults that occured to me on April 2nd and 3rd, 2019. I want Criminal Charges filed against this officer Maybury and he should be Fired. Furthermore, The Regional office did not return any of my 8 pages of attachments pertaining to this issue which includes the BP-8 and Response.

9-21-2019　BP-10 And BP-9 Attached with Responses　[signature]
DATE                                    SIGNATURE OF REQUESTER

Part B - RESPONSE

---

DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL
CASE NUMBER: **982571-A1**

Part C - RECEIPT

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
JUNE 2002