# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| Joseph Van Sach (Reg. No. 17041-424), | |
| Plaintiff, | Case No. 3:20-CV-50180 |
| v. | |
| Department of Justice, *et al.*, | Honorable Iain D. Johnston |
| Defendants. | |

### PLAINTIFF'S PRO BONO COUNSEL'S STATUS REPORT

Pursuant to the Court's November 2, 2020 Order, *see* Dkt. 28, C. Vincent Maloney of Perkins Coie LLP, acting as recruited counsel for Plaintiff Joseph Van Sach ("Mr. Van Sach"), respectfully submits this Status Report to the Court.

Contemporaneously with the filing of this Status Report, undersigned counsel filed Mr. Van Sach's Fourth Amended Complaint, asserting claims against several Federal Bureau of Prison's corrections officers in their individual capacities pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971) and in connection with the incidents at United States Penitentiary Thomson on April 2, 2019 and April 3, 2019, which are the subject of this case. Plaintiff plans to seek relief under the Federal Tort Claims Act for the injuries he sustained during those incidents as well. Counsel will be filing a Complaint seeking such relief soon.

-2-

Dated: February 10, 2022

Respectfully submitted,

*/s/* C. Vincent Maloney
C. Vincent Maloney (ARDC No. 06196631)
Perkins Coie LLP
131 South Dearborn Street
Suite No. 1700
Chicago, Illinois 60603-5559
Telephone: (312) 324-8400
Facsimile: (312) 324-9400
CVMaloney@perkinscoie.com

Richard Dvorak (ARDC No. 6269687)
Dvorak Law Offices, LLC
900 West Jackson, Suite 7E
Chicago, IL 60607
Telephone: (630) 568-3190
Richard.Dvorak@civilrightsdefenders.com

***Counsel for Plaintiff,***
***Joseph Van Sach (Reg. No. 17041-424)***